**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
CORY H. HURWITZ, STATE BAR NO. 222026
ch@brockgonzales.com
CHRISTINA R. KERNER, STATE BAR NO. 319474
ck@brockgonzales.com
ELIZABETH A. SIRUNO, STATE BAR NO. 337132
es@brockgonzales.com

**Attorneys for Plaintiff**
JULIA WILSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JULIA WILSON, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.:  5:23-cv-00708<br>Complaint Filed: February 28, 2023<br><br>**DECLARATION OF CHRISTINA R. KERNER IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND TO RIVERSIDE COUNTY SUPERIOR COURT PURSUANT TO 28 U.S.C. 1331**<br><br>Date:        Thursday, June 22, 2023<br>Time:        10:00 a.m.<br>Courtroom: 10D |

///

///

///

///

///

///

///

///

1

**DECLARATION OF CHRISTINA R. KERNER**

## DECLARATION OF CHRISTINA R. KERNER

I, Christina R. Kerner, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and admitted to practice before this Court. I am counsel of record for Plaintiff JULIA WILSON ("Plaintiff") in the above-entitled action against Plaintiff's former employer, Defendant TARGET CORPORATION ("Defendant") and except as to those matters herein stated upon information and belief, the matters set forth in this Declaration are known to me personally, and if called and sworn as a witness, I could and would competently testify thereto. As to those matters which are herein stated upon information and belief, I have been informed and believe that the same are true, and upon that basis, declare them to be true.

2. On May 1, 2023, I emailed Defendant's counsel to communicate that Plaintiff believed the Removal was untimely and requested Defendant stipulate to remanding the matter to State court to avoid unnecessary motion work.

3. On May 5, 2023, Defendant's counsel responded to my May 1, 2023 email, communicating Defendant's position regarding the timeliness of the Removal.

4. On May 9, 2023, I responded to Defendant's May 5, 2023 email by further elaborating on Plaintiff's position regarding the untimeliness of Defendant's Removal and scheduled a call to telephonically discuss the parties positions.

///
///
///
///
///
///
///

**DECLARATION OF CHRISTINA R. KERNER**

5.      On May 10, 2023, I had a telephonic call with Defense Counsel, Mandana Massoumi and Heather Horn to discuss the parties positions. Both parties reiterated each parties' opinions regarding the timeliness of the Removal. After discussion, the parties were unable to reach a consensus and Defendant stated that they would oppose Plaintiff's Motion to Remand.

Executed on May 22, 2023 in Los Angeles, California.

_s/ Christina R. Kerner_
_____
Christina R. Kerner

3
**DECLARATION OF CHRISTINA R. KERNER**

**PROOF OF SERVICE**
UNITED STATES DISTRICT COURT

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6701 Center Drive West, Ste. 610, Los Angeles, CA 90045.

On May 22, 2023, I served the foregoing documents described as: **DECLARATION OF CHRISTINA R. KERNER IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND TO RIVERSIDE COUNTY SUPERIOR COURT PURSUANT TO 28 U.S.C. 1331** on the interested parties in this action, addressed as follows:

Mandana Massoumi, Esq.
Jessica C. Koenig, Esq.
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Emails: mmassoumi@seyfarth.com; jkoenig@seyfarth.com
*Attorneys for Defendant, TARGET CORPORATION*

☒ **By E-Mail**, I transmitted the document to the e-mail address of the addressee(s).

☒ **By CM/ECF** Notice of Electronic Filing by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

☐ **By U.S. Mail**, I deposited such envelope(s) in the mail at Los Angeles, California, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **By Personal Service**, I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☒ (Federal) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 22, 2023, at Los Angeles, California.

*s/ Brenda Barragan*

Brenda Barragan

4
**PROOF OF SERVICE**