**BROCK & GONZALES, LLP**

6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel:  (310) 294-9595
Fax: (310) 961-3673

CORY H. HURWITZ, STATE BAR NO. 222026
ch@brockgonzales.com
CHRISTINA R. KERNER, STATE BAR NO. 319474
ck@brockgonzales.com
ELIZABETH A. SIRUNO, STATE BAR NO. 337132
es@brockgonzales.com

**Attorneys for Plaintiff**
JULIA WILSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA WILSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> TARGET CORPORATION, a Minnesota corporation; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.:  5:23-cv-00708 <br> Complaint Filed: February 28, 2023 <br><br> **DECLARATION OF CHRISTINA R. KERNER IN SUPPORT OF PLAINTIFF JULIA WILSON'S REQUEST FOR REMOTE APPEARANCE AT THE HEARING FOR PLAINTIFF'S MOTION FOR REMAND** |

///

///

///

///

///

///

///

///

///

1

**DECLARATION OF CHRISTINA R. KENER**

## DECLARATION OF CHRISTINA R. KERNER

I, Christina R. Kerner, do hereby declare as follows:

1.      I am an attorney duly licensed to practice before all courts of the State of California, and am a partner at Brock & Gonzales, LLP, the attorneys of record for Plaintiff JULIA WILSON ("Plaintiff") herein.  If called as a witness, I could and would testify competently to the matters set forth herein as they are based upon my personal knowledge and belief.

2.      On June 11, 2023, I suffered an injury that affects my mobility such as driving and walking. I have been informed that I will have limited mobility for an additional two to three weeks from today.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 14, 2023 in Los Angeles, California.

*/s/ Christina R. Kerner*
_____
Christina R. Kerner, Esq.

DECLARATION OF CHRISTINA R. KENER