**BROCK & GONZALES, LLP**

6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel:  (310) 294-9595
Fax: (310) 961-3673

CORY H. HURWITZ, STATE BAR NO. 222026
ch@brockgonzales.com
CHRISTINA R. KERNER, STATE BAR NO. 319474
ck@brockgonzales.com
ELIZABETH A. SIRUNO, STATE BAR NO. 337132
es@brockgonzales.com

**Attorneys for Plaintiff**
JULIA WILSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA WILSON, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br><br>TARGET CORPORATION, a<br>Minnesota corporation; and DOES<br>1-50, inclusive,<br><br>        Defendants. | Case No.:  5:23-cv-00708<br>Complaint Filed: February 28, 2023<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JULIA WILSON'S REQUEST FOR REMOTE APPEARANCE AT THE HEARING FOR PLAINTIFF'S MOTION FOR REMAND** |

///

///

///

///

///

///

///

///

///

1

**[PROPOSED] ORDER**

## **DECLARATION OF CHRISTINA R. KERNER**

Having reviewed Defendant Julia Wilson's ("Plaintiff") Request For Remote Appearance at the Hearing on Plaintiff's Motion for Remand, and good cause appearing, it is hereby ORDERED that:

Plaintiff's request to appear by Zoom video conference at the Hearing on Plaintiff's Motion for Remand, set for June 22, 2023, at 10:00 a.m. is GRANTED.

Dated: _____          _____

The Honorable Fred W. Slaughter
United States District Judge

2
**[PROPOSED] ORDER**