NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA WILSON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 5:23-cv-00708-FWS-KK<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [32]**<br><br>(Riverside County Superior Court Case No. CVRI2301034)<br><br>Action Filed:　February 28, 2023<br>Removed Filed:　April 21, 2023 |

///

///

///

Having reviewed and considered the parties' Joint Stipulation of Dismissal with Prejudice [32], the files and records of the case, the applicable law, and for good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. All claims in the above-captioned action are **DISMISSED** in their entirety **with prejudice**.
2. Each party is to bear its own fees and costs.
3. The court shall retain jurisdiction to enforce the terms of the Confidential Release and Agreement executed by both parties, until further order of the court.

**IT IS SO ORDERED**.

Dated: November 20, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE